Argued May 23, affirmed June 20, 1978

PERRY, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 77-134-IF, CA 9856)
579 P2d 902

Gregory L. Decker, Albany, argued the cause for petitioner. With him on the brief was Emmons, Kyle, Kropp & Kryger, Albany.

Lester R. Huntsinger, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).